# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| STANLEY M. McCOY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 01-0765-CV-W-FJG-SSA |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner, Social Security | ) |
| Administration | ) |
| | ) |
| Defendant. | ) |

# ORDER

Currently pending before the Court is Defendants' Motion for Final Judgment (Doc. # 7). On April 17, 2002, the Court remanded this case pursuant to 42 U.S.C. § 405(g), sentence 6, for further administrative action. Defendant states that upon remand, an administrative hearing was held, after which the ALJ issued a favorable decision on June 17, 2003.

Accordingly, as there is no longer a case or issue properly before the Court, the Court hereby **GRANTS** defendant's Motion for Final Judgment and hereby **DISMISSES** this action.


Date: May 11, 2005  
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**  
Fernando J. Gaitan, Jr.  
United States District Judge